DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**DENALDO FORBES,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2025-3120

[May 14, 2026]

Appeal of order denying 3.800 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; George Odom, Judge; L.T. Case No. 062012CF005062A88810.

Daniel James Tibbitt of Daniel J. Tibbitt, P.A., North Miami, for appellant.

No appearance for appellee.

PER CURIAM.

*Affirmed.*

MAY, LEVINE and CONNER, JJ., concur.

\*     \*     \*

***Not final until disposition of timely-filed motion for rehearing.***